Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
MIGUEL A. MUNOZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL A. MUNOZ,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant(s), | Case No.: 3:25-cv-03496-LL-BLM<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Linda Lopez |

**<u>JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE</u>**

Plaintiff MIGUEL A. MUNOZ ("Plaintiff"), and Defendant WELLS FARGO BANK, N.A., ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, the Parties stipulate that the entire action, including all claims, are hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move to the Court to dismiss this entire action with prejudice, with each Party to bear their own fees and costs.

Dated: April 14, 2026 By: BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
Attorney for Plaintiff

Dated: April 14, 2026 By: Stinson LLP

*s/ Rebecca S. Saelao*

rebecca.saelao@stinson.com
Rebecca S. Saelao
Attorney for Defendant

## SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: April 14, 2026 By: BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
Attorney for Plaintiff