UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MIGUEL MUNOZ,

Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

Defendant.

Case No.: 25cv3496-LL-BLM

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

The Parties jointly moved to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court **GRANTS** the motion. This action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: April 15, 2026



Honorable Linda Lopez
United States District Judge